**762 CULVER vs. SUPERIOR COURT JUDGE** (Detroit), 57 M., 25.

To set aside an order staying proceedings, in an action upon the bond of a residuary legatee, to recover•a deficiency after foreclosure, on the ground that plaintiff therein had not obtained leave from the court in which the foreclosure was had to bring a suit at law for the deficiency.

Granted May 13, 1885, the court holding that leave was unnecessary, but that in any event the failure to obtain it was a mere irregularity which defendant had waived.

**763 BIGELOW vs. CIRCUIT JUDGE** (Wayne), No. 13902.

To vacate an order entered Dec. 5, 1893, staying proceedings for thirty days, upon a judgment rendered October 27, 1893, where an order had been entered on the last named date staying proceedings until December 5, 1893, upon condition that the statutory bond be filed within twenty days, and no bond had been filed.

Granted January 3, 1894, with costs.

**764 CITY OF MONROE vs. CIRCUIT JUDGE** (Monroe), No. 11970½.

To compel respondent to vacate an order staying proceedings, and to proceed to judgment.

Order to show cause denied May 5, 1891.

An administratrix brought suit against the city of Monroe for negligent injury, resulting in death to her intestate. Pending same, she applied to the Probate Court and was discharged. One of the heirs appealed from the order of discharge. Defendant pleaded the discharge in abatement, and, on the hearing thereof, an order was entered staying proceedings until a new administrator was appointed, and the disability removed.